case 1:21-cv-10021-FDS

To whom it may concern my name is Juan Sanchez and I currently have a civil suit in this court house and the assigned judge is Chief Judge F. Dennis Saylor, IV. I put in a motion in which was granted for me to be assigned an attorney because I suffer from S.M.I and have breaks/distortions within reality. It is my right under the A.D.A that I am to be provided with an attorney to ensure that I am treated fair and not to be taken advantage of. It is within my right to have this reasonable accommodation please and thank you for your time during this very important matter at hand.

Respectfully Submitted

Juan Sanchez

# W108925